LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

May 25, 2021

The Clerk is instructed to strike ECF No. 33.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
5/26/21

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Valencia Rocha et al., 21 Cr 236 (AKH)**

Dear Judge Hellerstein:

    I represent Charles Burrill in the above-referenced matter, having been recently appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Minutes ago, I filed an incorrect letter on this matter – Docket Entry #33. I request that Docket Entry #33 be removed. I apologize for any inconvenience created by my error.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti