UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

           -against-

ALVARO ELI VALENCIA ROCHA,

                      Defendant.
------------------------------------------------------------- x

**ORDER OF REFERENCE**

21 Cr. 236 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Valencia Rocha seeks to change his plea. The change of plea hearing is hereby referred to a magistrate judge.

        SO ORDERED.

Dated:     July 28, 2021                   _/s/ Alvin K. Hellerstein_____
             New York, New York        ALVIN K. HELLERSTEIN
                                                 United States District Judge