UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| ALVARO ELI VALENCIA ROCHA, | **21 Cr. 236 (AKH)** |
| *Defendant.* | |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 12, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.  Sentencing shall be held on November 18, 2021 at 11 am.

**SO ORDERED:**

Dated:  New York, New York
         August _25, 2021

/s/ Alvin K. Hellerstein
_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK