UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
    UNITED STATES OF AMERICA        :
                                         :    **SCHEDULING ORDER**
    -against-                          :    21 Cr. 236 (AKH)
    ALVARO ELI VALENCIA ROCHA,  :
                    Defendant.    :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Due to the rapid spread of the Omicron variant of COVID-19, the sentencing scheduled to take place on January 6, 2022 at 12:00 p.m. will be held telephonically, via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than January 4, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    December 22, 2021                __/s/ Alvin K. Hellerstein____
            New York, New York           ALVIN K. HELLERSTEIN
                                                         United States District Judge