UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                          :
                                                  :
                                                  :     **SCHEDULING ORDER**
       -against-                                  :
                                                  :     21 Cr. 236 (AKH)
                                                  :
                                                  :
ALVARO ELI VALENCIA ROCHA,                        :
                                                  :
                         Defendant.               :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing scheduled to take place on January 6, 2022 is hereby adjourned to March 8, 2022 at 12:00 p.m., in Courtroom 14D.

       SO ORDERED.

Dated:     December 27, 2021                    __/s/ Alvin K. Hellerstein____
           New York, New York                   ALVIN K. HELLERSTEIN
                                                United States District Judge